THE STATE, EX REL. CAMDEN AND ATLANTIC RAILROAD COMPANY, PLAINTIFF IN ERROR, v. ATLANTIC CITY AND THE STATE BOARD OF ASSESSORS, &c., DEFENDANTS IN ERROR.

On error to the Supreme Court.    For opinion of the Supreme Court, see 29 *Vroom* 316.

For the plaintiff in error, *Samuel H. Grey.*

For the defendants in error, *Allen B. Endicott.*

PER CURIAM.

The judgment of the Supreme Court is affirmed, on the grounds stated in the opinion of Mr. Justice Garrison.

*For affirmance*—THE CHIEF JUSTICE, COLLINS, DEPUE, DIXON, LUDLOW, BOGERT.    6.

*For reversal*—DAYTON, HENDRICKSON, NIXON.    3.

---

MAHLON SPEICHER, PLAINTIFF IN ERROR, v. THE NEW YORK AND NEW JERSEY TELEPHONE COMPANY, DEFENDANT IN ERROR.

On error to the Supreme Court.

For the plaintiff in error, *Samuel Kalisch.*

For the defendant in error, *Depue & Parker.*

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the reasons given by that court.

*For affirmance*— DEPUE, GUMMERE, LUDLOW, VAN SYCKEL, BOGERT, DAYTON, HENDRICKSON, NIXON.    8.

*For reversal*—None.